1
2
3
4          UNITED STATES DISTRICT COURT
5          EASTERN DISTRICT OF WASHINGTON
6
JACK OJEDA,                        )
7                                  ) No. CV-09-117-JPH
          Plaintiff,               )
8                                  ) ORDER GRANTING PLAINTIFF'S
     v.                            ) MOTION TO DISMISS
9                                  )
MICHAEL J. ASTRUE, Commissioner    ) (Ct. Rec. 9.)
10   of Social Security,           )
                                   )
11          Defendant.             )
                                   )
12 _____)
13
          On September 16, 2009, plaintiff filed a motion seeking
14
voluntary dismissal of his complaint with prejudice. (Ct. Rec. 9.)
15
The parties have consented to proceed before a magistrate judge.
16
(Ct. Rec. 4.)
17
          After reviewing the pleadings, the court **GRANTS** plaintiff's
18
motion to dismiss with prejudice (Ct. Rec. 9).
19
Accordingly,
20
          **IT IS ORDERED** that the motion (**Ct. Rec. 9**) is **granted and the**
21
**case may be closed..**
22
          DATED this 16th day of September, 2009.
23
                              s/ James P. Hutton
24                            JAMES P. HUTTON
                              UNITED STATES MAGISTRATE JUDGE
25
26
27
28

ORDER GRANTING PLAINTIFF'S MOTION
TO DISMISS                        - 1 -